**Michael H. MCGEE, Plaintiff–Appellant,**

v.

**Janet RENO, U.S. Attorney General, and her successors, in their official capacity as Attorney General of the United States; Louis B. Freeh, and his successors, in their official capacity as the Director of the Federal Bureau of Investigation; Charles Rossotti, and his successors, in their official capacity as United States Commissioner of Internal Revenue; Leonidas R. Mecham, and his successors, in their official capacity as Director of the Administrative Office of the United States Courts; James B. Hunt, Jr., Governor, and his successors, in their official capacity as Governor of the State of North Carolina; Mike Easley, Attorney General, and his successors, in their official capacity as North Carolina Attorney General; Bryan E. Beatty, and his successors, in their official capacity as Director of the North Carolina State Bureau of Inves-**

---

of 1969, as amended; 65 Fed. Reg. 79,919 (Dec. 20, 2000), and have determined the revisions do not affect the outcome of this case.

tigation; J. Thomas Lunsford, and his successors, in their official capacity as Executive Director of the North Carolina State Bar; Thomas W. Ross, and his successors, in their official capacity as executive Director of the North Carolina Medical Board; Darrel Stephens, and his successors, in their official capacity as Chief, Charlotte Mecklenburg Police Department; Jim Pendergraph, and his successors, in their official capacity as Sheriff of Mecklenburg County, Defendants–Appellees,

and

George B. Tenet, and his successors, in their official capacity as Director of the United States Central Intelligence Agency; Andrew W. Watry, and his successors, in their official capacity as Executive Director of the North Carolina Medical Board, Defendants.

No. 01–1183.

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided July 13, 2001.

Michael H. McGee, pro se. James Michael Sullivan, Assistant United States Attorney, Gilbert Steven Rothenberg, Annette Marie Wietecha, UNITED STATES Department of Justice, Washington, DC; Staci Tolliver Meyer, Assistant Attorney General, Raleigh, NC; Aldert Root Edmonson, North Carolina State Bar, Raleigh, NC; Scott Douglas MacLatchie, Womble, Carlyle, Sandridge & Rice, Charlotte, NC, for appellees.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Michael H. McGee appeals the district court's orders dismissing his civil action pursuant to Fed.R.Civ.P. 12(b)(6). We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McGee v. Reno*, No. CA–00–452–3–MU (W.D.N.C. Jan. 5 & Feb. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*